Form 319

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John A Biega Jr.** *Debtor(s)* | : : : : : : | Case No. 21−21882−CMB  Chapter: 7 |

## ORDER

      In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

      In this case, the Debtor(s) failed to timely file a Certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

      ***AND NOW***, this ***The 3rd of March, 2022***, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order.** Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated: March 3, 2022

cm: Debtor

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John A Biega, Jr.  
    Debtor

Case No. 21-21882-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Mar 03, 2022      Form ID: 319      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A Biega, Jr., 160 St. Clair Lane, Wampum, PA 16157-5048 |
| 15405299 | + | Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 15405306 | | Phillips, Gardill, Kaiser & Altmeyer, PL, 611 Fourteenth Street, Wheeling, WV 26003 |
| 15405308 | + | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15405309 | + | The Law Office of Frederic I. Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15405310 | | Union Plus Credit Card, PO Box 71104, Charlotte, NC 28272-1104 |
| 15405311 | + | Wayne Township Municiple Authority, 1418 Wampum Road, Ellwood City, PA 16117-1610 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15405298 | + | Email/PDF: bncnotices@becket-lee.com | Mar 03 2022 23:27:05 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 15405300 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2022 23:39:10 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 15405301 | | Email/Text: cms-bk@cms-collect.com | Mar 03 2022 23:24:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15405303 | | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2022 23:27:03 | JC Penney Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15405302 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 03 2022 23:27:08 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 15405304 | | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2022 23:27:05 | Lowes Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15405297 | | Email/Text: camanagement@mtb.com | Mar 03 2022 23:24:00 | M&T Bank, PO Box 64679, Baltimore, MD 21264 |
| 15405305 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2022 23:24:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 15405307 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 03 2022 23:24:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15405308 | + | Email/Text: ngisupport@radiusgs.com | Mar 03 2022 23:24:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15405312 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Mar 03 2022 23:24:00 | Wesbanco Bank, 1 Bank Plz., Wheeling, WV 26003-3565 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: 319 | Total Noticed: 17 |

cr                           Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Debtor John A Biega  Jr. paula@nypalaw.com, jennie@nypalaw.com;kayann@nypalaw.com |

TOTAL: 5