| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John A Biega Jr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6583 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   21–21882–CMB | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John A Biega Jr.

3/18/22                                    **By the court:**   Carlota M. Bohm
                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21882-CMB |
| John A Biega, Jr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 18, 2022 | Form ID: 318 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A Biega, Jr., 160 St. Clair Lane, Wampum, PA 16157-5048 |
| 15405306 | | Phillips, Gardill, Kaiser & Altmeyer, PL, 611 Fourteenth Street, Wheeling, WV 26003 |
| 15405309 | + | The Law Office of Frederic I. Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15405310 | | Union Plus Credit Card, PO Box 71104, Charlotte, NC 28272-1104 |
| 15405311 | + | Wayne Township Municiple Authority, 1418 Wampum Road, Ellwood City, PA 16117-1610 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 19 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2022 23:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 19 2022 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2022 23:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15405298 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 23:18:47 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 15405299 | + | EDI: BANKAMER.COM | Mar 19 2022 03:18:00 | Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 15405300 | | EDI: CITICORP.COM | Mar 19 2022 03:18:00 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 15405301 | | Email/Text: cms-bk@cms-collect.com | Mar 18 2022 23:18:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15405303 | | EDI: RMSC.COM | Mar 19 2022 03:18:00 | JC Penney Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15405302 | | EDI: JPMORGANCHASE | Mar 19 2022 03:18:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 15405304 | | EDI: RMSC.COM | Mar 19 2022 03:18:00 | Lowes Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15405297 | | Email/Text: camanagement@mtb.com | Mar 18 2022 23:18:00 | M&T Bank, PO Box 64679, Baltimore, MD 21264 |
| 15405305 | | EDI: MID8.COM | Mar 19 2022 03:18:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |

| | | | |
|---|---|---|---|
| 15405307 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 18 2022 23:18:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15405308 | + EDI: PINNACLE.COM | Mar 19 2022 03:18:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15405312 | + Email/Text: bankrupt-adjdept@wesbanco.com | Mar 18 2022 23:18:00 | Wesbanco Bank, 1 Bank Plz., Wheeling, WV 26003-3565 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022                    Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Debtor John A Biega  Jr. paula@nypalaw.com, jennie@nypalaw.com;kayann@nypalaw.com |

TOTAL: 5