## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In RE:** | : | **Case No. 21-21882-CMB** |
| | : | |
| **John A. Biega, Jr.,** | : | |
| Debtor. | : | **Chapter 7** |
| | : | |
| **John A. Biega, Jr.,** | : | |
| | : | |
| **Debtor/Movant,** | : | **Document No.: 24** |
| | : | |
| Vs. | : | **Related to Document No. 19** |
| | : | |
| **M&T Bank, American Express,** | : | |
| **Bank of America, N.A.,** | : | |
| **Best Buy Credit Services,** | : | |
| **Capital Management Services, LP,** | : | |
| **Chase, JCPenney Synchrony Bank,** | : | |
| **Lowe's Synchrony Bank,** | : | |
| **Midland Credit Management,** | : | |
| **Phillips, Gardill, Kaiser & Altmeyer, PL,** | : | |
| **Quicken Loans, Radius Global Solutions,** | : | |
| **The Law Offices of Frederick I. Weinberg,** | : | |
| **Union Plus Credit Card, Wayne Township** | : | |
| **Municipal Authority, Wesbanco,** | : | |
| **Charles O. Zebley, Trustee,** | : | |
| **United States Trustee,** | : | |
| **Respondents.** | : | |

### ORDER OF COURT

AND NOW, this 18th day of March, 2022 upon consideration of the debtor's motion, it is hereby Ordered, Adjudged and Decreed that the case is reinstated; the order of dismissal is vacated, and debtor's eligibility to be in a chapter 7 for discharge is granted.. Debtor's case may proceed as if he had timely taken and filed the Debtor Education Course.

BY THE COURT,

Dated: __March 18__, 2022

Carlota M. Bohm
United States Bankruptcy Judge

FILED
3/18/22 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John A Biega, Jr.  
    Debtor

Case No. 21-21882-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Mar 18, 2022      Form ID: pdf900      Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A Biega, Jr., 160 St. Clair Lane, Wampum, PA 16157-5048 |
| 15405299 | + | Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 15405306 | | Phillips, Gardill, Kaiser & Altmeyer, PL, 611 Fourteenth Street, Wheeling, WV 26003 |
| 15405309 | + | The Law Office of Frederic I. Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15405310 | | Union Plus Credit Card, PO Box 71104, Charlotte, NC 28272-1104 |
| 15405311 | + | Wayne Township Municiple Authority, 1418 Wampum Road, Ellwood City, PA 16117-1610 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15405298 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 23:18:41 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 15405300 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2022 23:18:36 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 15405301 | | Email/Text: cms-bk@cms-collect.com | Mar 18 2022 23:18:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15405303 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2022 23:18:41 | JC Penney Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15405302 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2022 23:18:41 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 15405304 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2022 23:18:48 | Lowes Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15405297 | | Email/Text: camanagement@mtb.com | Mar 18 2022 23:18:00 | M&T Bank, PO Box 64679, Baltimore, MD 21264 |
| 15405305 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2022 23:18:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 15405307 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 18 2022 23:18:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15405308 | + | Email/Text: ngisupport@radiusgs.com | Mar 18 2022 23:18:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15405312 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Mar 18 2022 23:18:00 | Wesbanco Bank, 1 Bank Plz., Wheeling, WV 26003-3565 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 18, 2022 | Form ID: pdf900 | Total Noticed: 17 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:**

**Name**                         **Email Address**

Brian Nicholas
   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com

Charles O. Zebley, Jr.
   on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

Charles O. Zebley, Jr.
   COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Paula J. Cialella
   on behalf of Debtor John A Biega  Jr. paula@nypalaw.com, jennie@nypalaw.com;kayann@nypalaw.com

TOTAL: 5